## STATE of Rhode Island

v.

## Michele CORY et al.

### No. 80–100–C.A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

Keven A. McKenna, Richard A. Pacia, Providence, for defendants.

## ORDER

The defendant's motion to dismiss the State's appeal is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

## STATE of Rhode Island

v.

## Joel W. JENISON.

### No. 80–98–C.A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

Keven A. McKenna, Richard A. Pacia, Providence, for defendant.

## ORDER

The defendant's motion to dismiss the State's appeal is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

## Robert THRESHIER and Michael Rocchio

v.

## COMMERCIAL UNION INSURANCE COMPANY/American Employers Insurance Company.

### No. 79–512–A.

Supreme Court of Rhode Island.

Sept. 11, 1980.

Ronald J. Resmini, Providence, for plaintiffs.

Higgins, Cavanagh & Cooney, John T. Walsh, Jr., Providence, for defendant.

## ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Thursday, November 6, 1980 at 9:30 a. m. for oral argument.

BEVILACQUA, C. J., and DORIS, J., did not participate.